## 338

No. 62924.—Brown Boveri Corp. and Gehrig, Hoban & Co., Inc. *v.* United States protests 238860–K, etc. (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of metal voltage regulators and parts thereof similar in all material respects to those the subject of *Brown Boveri Corp. et al.* v. *United States* (40 Cust. Ct. 168, C.D. 1978), the claim of the plaintiffs was sustained.

No. 62925.—John V. Carr & Son, Inc. *v.* United States, protest 234122–K (Detroit).

Opinion by LAWRENCE, J.  The protest was dismissed.

No. 62926.—Spiegel Bros. Corporation *v.* United States, protest 58/6822 (New York).

Opinion by LAWRENCE, J.  The protest was dismissed.

No. 62927.—Diesel Energy Corp. *v.* United States, protest 58/7203 (New York).

Opinion by LAWRENCE, J.  The protest was dismissed.

No. 62928.—Park & Tilford Distillers Corporation *v.* United States, protest 307984–K (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

No. 62929.—J. & J. Distributing Co. et al. *v.* United States, protests 326951–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

**No. 62930.**—V. T. Mancusi *v.* United States, protest 324003–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the issues are similar to those involved in Abstract 57104, the claim of the plaintiff was sustained.

**No. 62931.**—L. Batlin & Son, Inc. *v.* United States, protest 58/6894 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of porcelain switch plates similar in all material respects to that the subject of Abstract 60629, the claim of the plaintiff was sustained.

**No. 62932.**—Braun Importing Co., Inc. *v.* United States, protest 327288–K (New York).

Opinion by JOHNSON, J. It was stipulated that the principles herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that two cases of walnuts reported by the inspector as manifested, not found, were not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon the two cases of walnuts, which were reported by the inspector as manifested, not found. The protest was sustained to this extent.

**No. 62933.**—J. E. Bernard & Company, Inc., and International Expediters, Inc. *v.* United States, protests 294201–K/8400 and 202637–K/4327 (Chicago).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the